STANDARD FASHION CO. OF NEW YORK, Respondent, v. JUNCTION DRY GOODS CO., Appellants. (Supreme Court, Ap-

pellate Division, First Department. June 28, 1907.) Action by the Standard Fashion Company of New York against the Junction Dry Goods Company. C. J. Hardy for appellant. J. B. Sheehan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.